## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re  DAVID & KRISTEN IDEN           ) | |
|                                        ) | BK CHAPTER 7 No.: 13-12173 |
| _____   ) | |
|                                        ) | ADVERSARY No.:  13- |
| A&P LANDSCAPING CO.                   ) | |
| Plaintiff                              ) | |
|                                        ) | |
|        v.                              ) | |
|                                        ) | |
| DAVID IDEN                             ) | |
| Defendant/Debtor                       ) | |

### COMPLAINT OBJECTING TO DISCHARGE OF DEBT

1.    The Defendant entered into a contract with the Plaintiff on March 28, 2013.   The contract provided for landscaping services to be performed at Defendant's residence;

2.    In connection with the above referenced contract for services, the Defendant made certain false and misleading statements to Plaintiff which caused Plaintiff to reasonably rely upon same to its detriment;

3.    The above referenced debt was procured by fraud and therefore non dischargeable under 11 USC 523 §(a)(2)(A);

**WHEREFORE** Plaintiff prays that the Court declare the outstanding indebtedness due Plaintiff by Defendant non dischargeable under 11 USC 523 §(a)(2)(A) of the bankruptcy code.

|   |   |
|---|---|
| November 27, 2013 | **A & P LANDSCAPING CO.** |
|   | By its attorney, |
|   | /s/Christopher M. Lefebvre, Esq. |
|   | Attorney for Plaintiff (#4019) |
|   | 2 Dexter St., Box 479 |
|   | Pawtucket, RI 02862 |
|   | (401)-728-6060(401)-728-6534 FAX |
|   | Chris@lefebvrelaw.com |